# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America )<br>v. )<br>Rebecca Fadanelli )<br>)<br>)<br>)<br>) | Case No.<br>24-mj-4561-DHH |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2021 - October 2024__ in the county of __Bristol and Norfolk__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 545 | Smuggling goods into the United States |
| 21 U.S.C. § 331(i)(3) | Sale or dispensing of a counterfeit drug |
| 21 U.S.C. § 331(fff)(3) | Sale or dispensing of a counterfeit device |

This criminal complaint is based on these facts:

See attached Affidavit of FDA-OCI Special Agent Brian Hendricks

☑ Continued on the attached sheet.

*Complainant's signature*

Brian Hendricks, FDA-OCI Special Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence.~~    By telephone in accordance with Fed. R. Crim P. 4.1.

Date: Oct 31, 2024

*Judge's signature*

City and state: Worcester, MA    Hon. David H. Hennessy, US Magistrate Judge
*Printed name and title*