UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 24-cr-10352-JEK-DHH |
| | ) | |
| REBECCA FADANELLI, | ) | |
| | ) | |
| Defendant | ) | |

JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), counsel for the government and the defendant hereby submit the following initial status report and respectfully request that the Court waive the initial status conference scheduled for January 6, 2025 and continue the status conference for approximately 60 days.

LR 116.5(a)(1)-(3) Status of Discovery

The government made initial discovery available to defense counsel to download on December 23, 2024. Defense counsel downloaded that portion of discovery on December 30, 2024 and is in the process of making it available to the defendant. The initial discovery production consists of four zip files containing approximately 12 gigabytes (GB) of data. In light of the volume and timing (*i.e.*, during the holidays) of the production, as of the filing of this report, neither defense counsel nor the defendant has been able to begin discovery review.

In addition to the automatic discovery uploaded to date, the parties are coordinating the pickup/delivery of a hard drive containing extractions of various digital devices seized in connection with the investigation of this case. Further, as noted below, the parties are engaged in discussions regarding the production of materials related to a confidential source of information.

The government may produce limited additional discovery on a rolling basis over the coming weeks.

There are no pending discovery requests. Upon further review of the discovery materials produced by the government, defense counsel may have discovery requests.

LR 116.5(a)(4) Protective Orders

The parties are engaged in discussions regarding a motion for a protective order and proposed protective order pursuant to which the government intends to produce materials related to an undercover operation involving a confidential source of information.

LR 116.5(a)(5) Pretrial Motions

Defense counsel requires additional time to review discovery and consult with the defendant before deciding whether to file any pretrial motions under Fed. R. Crim. P. 12(b).

LR 116.5(a)(6) Expert Witness Disclosures

The parties will address expert witness disclosures in their next status report.

LR 116.5(a)(7) Periods of Excludable Delay

The Court entered an order excluding the time from November 25, 2024 (the date of the defendant's arraignment) through January 6, 2025 (the date set for the initial status conference). *See* Dkt. 27. The parties agree that the time from January 6, 2025 until the date set for the interim status conference should be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

LR 116.5(a)(8) Interim/Final Status Conference

In light of defense counsel's need for additional time to review the discovery materials and make decisions about seeking additional discovery and possibly filing dispositive motions, the

parties request that the Court schedule an interim status conference at a date and time convenient for the Court on or after March 3, 2025.

Respectfully submitted,

REBECCA FADANELLI
By her attorney,

*/s/ Joshua Hanye*
JOSHUA HANYE
Assistant Federal Defender

JOSHUA S. LEVY
United States Attorney

By: */s/ Leslie A. Wright*
LESLIE A. WRIGHT
SARAH B. HOEFLE
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

Dated: December 31, 2024

By: */s/ Leslie A. Wright*
LESLIE A. WRIGHT
Assistant United States Attorney