UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
25-10113-PBS

UNITED STATES OF AMERICA

v.

ALEJANDRO FRANCO DIAZ

**MEMORANDUM AND ORDER OF DETENTION**

April 15, 2025

Hennessy, M.J.

Defendant Alejandro Franco Diaz is charged in an indictment with one count of Conspiracy to Distribute and to Possess with Intent to Distribute Five Kilograms or More of Cocaine, in violation of 21 U.S.C. § 846; two counts of Distribution of and Possession with Intent to Distribute Cocaine, and Aiding and Abetting, in violation of 21 U.S.C. § 841(a) and 18 U.S.C. § 2; and eight counts of Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine and Aiding and Abetting, in violation of 21 U.S.C. § 841(a) and 18 U.S.C. § 2.  Defendant was arrested in New Mexico.  At his initial appearance and arraignment in the District of Massachusetts, the charging district on April 14, 2025, the Court appointed counsel to represent Defendant and the United States moved for detention pursuant to the Bail Reform Act.  Following arraignment, Defendant, through counsel, assented to a voluntary order of detention without prejudice to seek release on conditions at a later date.

Accordingly, it is ORDERED that Defendant be DETAINED pending trial, and it is further ORDERED --

1

2

(1) That Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That Defendant shall be afforded a reasonable opportunity for private consultation with counsel; and

(3) That on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release whether or not there have been changed circumstances.

     / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge