UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 24-cr-10352-JEK-DHH |
| ) | |
| REBECCA FADANELLI, ) | |
| ) | |
| Defendant ) | |

JOINT FINAL STATUS REPORT

Pursuant to Local Rule 116.5(c), counsel for the government and the defendant hereby submit the following status report and respectfully request that the Court transfer the case to the District Judge for an initial pretrial conference.

LR 116.5(c)(2)(A)-(B) Status of Discovery

Discovery is substantially complete, aside from Jencks Act and 21-day material. There are no pending discovery requests or motions.

LR 116.5(c)(2)(C) Pretrial Motions

At this time, defense counsel does not anticipate filing any pretrial motions under Fed. R. Crim. P. 12(b).

LR 116.5(c)(2)(D) Periods of Excludable Delay

The Court entered orders excluding the time from (1) November 25, 2024 (date of the defendant's arraignment) through January 6, 2025 (date of initial status conference); (2) January 6, 2025 through March 6, 2025 (date of interim status conference); and (3) March 6, 2025 through May 8, 2025 (date of final status conference). *See* Dkts. 27, 46, 59. The parties agree that the time from May 8, 2025 until the date set by the District Judge for an initial pretrial conference should be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

LR 116.5(c)(2)(E) Estimated Length of Trial

The estimated length of trial is approximately two weeks.

Respectfully submitted,

| | |
|---|---|
| REBECCA FADANELLI<br>By her attorney, | LEAH B. FOLEY<br>United States Attorney |
| */s/ Joshua Hanye*<br>JOSHUA HANYE<br>Assistant Federal Defender | By: */s/ Leslie A. Wright*<br>LESLIE A. WRIGHT<br>SARAH B. HOEFLE<br>Assistant United States Attorneys |

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

Dated: May 1, 2025          By: */s/ Leslie A. Wright*
                                 LESLIE A. WRIGHT
                                 Assistant United States Attorney