UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>REBECCA FADANELLI, )<br>)<br>)<br>Defendant )<br>)<br>_____ ) | Criminal No. 24-10352-JEK |

### REPORT IN LIEU OF FINAL STATUS CONFERENCE
### PURSUANT TO LOCAL RULE 116.5(c)

May 9, 2025

Defendant is charged in an indictment with four counts of Illegally Importing Merchandise and Aiding and Abetting, in violation of 18 U.S.C. §§ 545 and 2; two counts of Selling/Dispensing Counterfeit Drugs, in violation of 21 U.S.C. §§ 331(i)(3) and 333(b)(8); and two counts of Selling/Dispensing Counterfeit Devices, in violation of 21 U.S.C. §§ 331(fff)(3) and 333(b)(8). Defendant was arraigned by videoconference on November 25, 2024. I scheduled a final status conference for May 8, 2025, in Worcester; however, prior thereto the parties filed a joint memorandum which obviates the need for the conference. Accordingly, I cancel the final status conference and report as follows.

**Local Rule 116.5(c)(2)**

The parties move for a pretrial conference before the district judge to schedule a trial date. The motion is granted and the file is ordered transferred to Judge Kobick.

(a) All discovery other than Jencks Act and 21-day material has been produced.

(b) All discovery requests and motions have been resolved.

(c) Defendant does not anticipate filing pretrial motions pursuant to Fed. R. Crim. P. 12(b).

(d) The Court has excluded the period from November 25, 2024 (the date of Defendant's arraignment), through May 8, 2025 (the date of the Final Status Conference). The parties agree that the period from May 8, 2025, through the Pretrial Conference before Judge Kobick should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order. It appears that four days (from the November 1, 2024 filing of the indictment to the arraignment) are chargeable against the statutory speedy trial clock. See Order of Excludable Delay entered on this date.

(e) Trial will require two weeks.

**Local Rule 116.5(c)(3)**

Defendant is released on conditions; she does not require the services of an interpreter.

I have entered a protective order.

I have adopted the parties' proposal that they produce expert discovery 60 days before trial.

                                         / s / David H. Hennessy
                                         David H. Hennessy
                                         United States Magistrate Judge